UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Joseph Barry Malasky,<br>    Plaintiff,<br><br>vs.<br><br>Ram Jack of South Carolina, Inc.; and<br>Scott Erlewine, individually and as owner<br>of Ram Jack of South Carolina, Inc.,<br>    Defendants. | CASE NO.: 0:20-cv-02055-MGL<br><br><br>**AKNOWLEDGEMENT AND<br>ACCEPTANCE OF SERVICE** |

I, David E. Dubberly, as duly authorized attorney for Defendants Ram Jack of South Carolina, Inc. and Scott Erlewine, individually and as owner of Ram Jack of South Carolina, Inc., hereby acknowledge my receipt and acceptance of service of a filed copy of the Plaintiff's Summons, Complaint, and Plaintiff's Responses to Local Rule 26.01 Interrogatories on this 28th day of August, 2020 in Columbia, South Carolina.

                                                  David E. Dubberly, Esquire
                                                Attorney for Defendants
                                                Nexsen Pruet, LLC
                                                1230 Main Street, Suite 700
                                                Columbia, SC 29201

SUBSCRIBED AND SWORN
TO BEFORE ME THIS
31st day of August, 2020

_____
NOTARY PUBLIC
Commission Expires: 2-17-2021